UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

MARK ALLEN,

                    Plaintiff,                    Case No. 2:21-cv-60

v.                                                Honorable Paul L. Maloney

JAMES CORRIGAN et al.,

                    Defendants.
_____/

## **JUDGMENT**

        In accordance with the order issued this date:

        **IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:   July 9, 2021                        /s/  Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge